BEFORE JUDGE DEARIE
UNITED STATES DISTRICT JUDGE

DATE: **SEPTEMBER 15, 2010 FROM 12:00PM TO 12:30PM**

CIVIL CAUSE FOR ORAL ARGUMENT

CASE: MORRONE on behalf of Arotech Corp. -V- EHRLICH
DOCKET NUMBER: CV 09-1910 (RJD)

COUNSEL FOR PLAINTIFF: TIMOTHY MACFALL

COUNSEL FOR DEFENDANT(S): CHRISTOPHER GREEN, LUCY HYNES & KRISTIN ALI

COURT REPORTER: ALLAN SHERMAN

X     CASE CALLED FOR ORAL ARGUMENT.
       ARGUMENT HEARD.
       DECISION RESERVED.