UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL MORRONE, derivatively on behalf
of AROTECH CORPORATION,

                     Plaintiff,

    -against-

ROBERT S. ERLICH, STEVEN ESSES, JAY
M. EASTMAN, JACK E. ROSENFELD,
LAWRENCE M. MILLER, EDWARD J.
BOREY, SEYMOUR JONES, ELLIOT
SLOYER, MICHAEL E. MARRUS, AVIHAI
SHEN,

                     Defendants.

    -and-

AROTECH CORPORATION,

                     Nominal Defendant.
------------------------------------------------------------------X

JUDGMENT
09-CV- 1910 (RJD)

        A Memorandum and Order of Honorable Raymond J. Dearie, United States District Judge, having been filed on March 31, 2011, dismissing the Derivative Complaint without prejudice; it is

        ORDERED and ADJUDGED that the Court dismisses the Derivative Complaint without prejudice.

Dated: Brooklyn, New York
       April 05, 2011

                                    Robert C. Heinemann
                                    Clerk of Court
                           by: S/ MG
                                    Michele Gapinski
                                    Chief Deputy for
                                    Court Operations